(110 App. Div. 921)

### SHAW v. NEW YORK EVENING JOURNAL PUB. CO. et al.

(Supreme Court, Appellate Division, Second Department. December 29, 1905.)

Appeal from Trial Term, Kings County.

Action by William R. Shaw against the New York Evening Journal Publishing Company and Star Company. From a judgment overruling a demurrer to the complaint, defendants appeal. Affirmed.

Argued before HIRSCHBERG, P. J., and BARTLETT, JENKS, HOOKER, and MILLER, JJ.

PER CURIAM.  .Interlocutory judgment affirmed, with costs, on the authority of Townes v. New York Evening Journal Publishing Company and Star Company (decided herewith) 96 N. Y. Supp. 822.